# EXHIBIT 6

Docket No.: 096553-1015 (PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of:<br>Theodore Nicholas CHOC | : Customer No.: 10996<br>:<br>: |
| Application No.: 15/490,841 | : Confirmation No.: 4124<br>: |
| Filed: April 18, 2017 | : Art Unit: 2165<br>: |
| For: ACCELERATING FIND IN PAGE QUERIES<br>WITHIN A WEB BROWSER | : Examiner: SYED, FARHAN M |

Mail Stop – **Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## AMENDMENT

Commissioner:

In response to the Office Action dated March 22, 2018, reconsideration and further examination of the above-identified application are respectfully requested based on the following:

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2 of this paper.

**Remarks** begin on page 7 of this paper.

Application No. 15/490,841

# AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application.

LISTING OF CLAIMS:

1.     (Currently Amended)  A ~~computer-implemented~~ method <u>implemented in a computing device comprising a physical storage and memory, the method</u> comprising:

displaying<u>, by the device,</u> a web page in a web browser at least in part by displaying web page text;

receiving<u>, by the device,</u> a search term via a search field of the web browser while the web browser is displaying the web page;

determining<u>, by the device,</u> that the search term occurs at least once within the web page text of the displayed web page;

generating<u>, by the device,</u> in response to the determination, a first search query option and a second search query option based on the search term, wherein the first search query option comprises performing a web search of the search term and the second search query option comprises performing a search of the search term within the web page text of the displayed web page without performing the web search; [[and]]

displaying<u>, by the device,</u> the first and second search query options in association with the search field of the web browser<u>;</u>

<u>receiving, by the device, a selection of the second search query option; and</u>

<u>providing for display, by the device, based on the selection of the second search query option, a notification of at least one occurrence of the search term within the web page text of the displayed web page</u>.

2.     (Cancelled)

3.     (Currently Amended)  The ~~computer-implemented~~ method of claim 1, further comprising displaying a user-selectable graphical component for selecting one of the first and second search query options.

Page 2 of 17

Application No. 15/490,841

      4.      (Currently Amended)  The ~~computer-implemented~~ method of claim 1, wherein the search field is included within an address bar of the web browser, the address bar enabling a user to enter a uniform resource locator associated with the web page.

      5.      (Currently Amended)  The ~~computer-implemented~~ method of claim 1, further comprising:

      receiving a selection of the first search query option; and

      performing, based on the selection of the first search query option, a web search of the search term.

      6.      (Currently Amended)  The ~~computer-implemented~~ method of claim 1, further comprising identifying, based on a browsing history stored for the web browser, a previously viewed web site corresponding to the search term.

      7.      (Currently Amended)  The ~~computer-implemented~~ method of claim 1, further comprising identifying a web site designated as being a favorite corresponding to the search term.

      8.      (Currently Amended)  The ~~computer-implemented~~ method of claim 1, further comprising identifying a bookmarked web site corresponding to the search term.

      9.      (Currently Amended)  The ~~computer-implemented~~ method of claim 1, further comprising:   generating, based on the search term, a predicted search option based on the first or second search query option.

      10.      (Currently Amended)  The ~~computer-implemented~~ method of claim 9, wherein displaying the first and second search query options in association with the search field of the web browser comprises displaying the first and second search query options in a drop-down list, and wherein the method further comprises dynamically updating the drop-down list to include the predicted search option.

Application No. 15/490,841

    11.     (Currently Amended)  A system, comprising:

        one or more processors; and

        a machine-readable medium comprising instructions stored therein, which when executed by the processors, cause the processors to perform operations comprising:

            displaying a web page in a web browser, the web page including web page text;

            acquiring a search term via a search field of the web browser while the web browser is displaying the web page;

            determining that the search term occurs at least once within the web page text of the displayed web page;

            generating, in response to the determination, a first search query option and a second search query option based on the acquired search term; [[and]]

            displaying the first and second search query options, wherein the first search query option comprises an option to perform a web search of the search term and the second search query option comprises an option to perform a search of the search term within the web page text of the displayed web page without performing the web search<u>; and</u>

            <u>providing for display, in response to receiving a selection of the second search query option, a notification of at least one occurrence of the search term within the web page text</u>.

    12.     (Cancelled)

    13.     (Original)  The system of claim 11, wherein the first and second search query options are displayed within a drop-down list control element in association with the web browser.

    14.     (Original)  The system of claim 11, wherein displaying the first and second search query options comprises displaying a user-selectable graphical component for each of the first and second search query options.

Page 4 of 17

Application No. 15/490,841

15.     (Original)  The system of claim 11, wherein the operations further comprise:

generating, based on the search term, a predicted search option based on the first or second search query option to be displayed; and

dynamically updating the first and second search query options being displayed based on the predicted search option.

16.     (Original)  The system of claim 11, wherein the search field is included within an address bar of the web browser, the address bar enabling a user to enter a uniform resource locator associated with the web page.

17.     (Original)  The system of claim 11, wherein the search field is configured to receive input for a web-based search.

18.     (Original)  The system of claim 11, wherein the first and second search query options and a graphical component for the first and second search query options are displayed within the search field of the web browser.

19.     (Currently Amended)  A non-transitory machine-readable storage medium comprising instructions stored therein, which when executed by a processor, causes the processor to perform operations comprising:

displaying a web page in a web browser, at least in part by displaying web page text;

acquiring a search term via a search field of the web browser while the web browser is displaying the web page;

determining that the search term occurs at least once within the web page text of the displayed web page;

displaying, responsive to the determination, a first search query option in association with the search field of the web browser, wherein the first search query option is an option for performing a search of the search term within the web page text of the displayed web page without performing a web search;

Application No. 15/490,841

  performing a search for additional web page data related to at least a portion of the search term; [[and]]

  displaying additional search query options based on results of the performed search, the additional search query options being displayed in association with the search field of the web browser; and

  providing for display, in response to receiving a search query option selection, a notification of at least one occurrence of the search term within the web page text.

20. (Original)  The non-transitory machine-readable storage medium of claim 19, wherein the operations further comprise:

  receiving a selection of the first search query option by a user;

  responsive to the selection, performing a text-based search for the search term within the web page text of the displayed web page;

  displaying the web page text of the displayed web page in a content area of the web browser, wherein the displayed web page text identifies at least one occurrence of the search term within the web page; and

  generating predictions for the first search query option and the additional search query options based on the portion of the search term,

  wherein displaying the first search query option and the additional search query options is based on the generated predictions.

Page 6 of 17

Application No. 15/490,841

## **REMARKS**

After entry of the foregoing, claims 1, 3–11 and 13-20 are pending examination, of which claims 1, 11, and 19 are the independent claims. Claims 1, 3-11, and 19 are amended herein. Claims 2 and 12 are canceled. These amendments are made without prejudice or disclaimer of subject matter and without conceding the correctness of any rejections, and Applicant respectfully reserves the right to pursue the original, previously presented, or canceled subject matter in this application or continuing applications. Support for the amendment including any new claims is found in the original disclosure, including, for example, paragraphs [0032]-[0040], the previously presented claims, and figures 3A-5 along with the corresponding description in the specification. No new matter is believed to be added herein. Reconsideration and further examination are respectfully requested.

### *Interview Summary*

Applicant would like to thank the Examiner for the thoughtful courtesies extended to Applicant's representative, Jiaxiao Zhang (Reg. No. 63,235), in the telephonic interview held on May 22, 2018 and the follow-up discussions on June 11, 2018 and June 18, 2018. During the interview, the Office Action, cited art references, and claim features were discussed, and the Examiner indicated that the claim amendments presented herein would overcome the 101 rejections, and that claim amendments along the lines presented herein would overcome the prior art rejections, but that further review and an updated search would be conducted as needed.

### *Double-Patenting Rejection*

Claims 1-20 are rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-17 of U.S. Patent No. 9,652,494. Applicant presently intends to file a terminal disclaimer if the double patenting rejection is maintained after all other objections and rejections have been withdrawn in the application.

### *Claim Rejections – 35 U.S.C. § 101*

Claims 1-20 are rejected under 35 U.S.C. 101 because the claimed invention is assertedly directed to a judicial exception (i.e. a law of nature, a natural phenomenon, or an abstract idea) without significantly more.

Application No. 15/490,841

    The Office Action states that independent claim 1 is "directed to the abstract idea of a method for accelerating find in page queries within a web browser," and that its steps "describe the concept of organizing and manipulating information through mathematical correlation, which corresponds to the concept identified as abstract idea by the courts, such as <u>Digitech Image Technologies, LLC vs. Electronics for Imaging, Inc.</u> 2014. All these concepts relate to organizing or analyzing information in a way that can be performed mentally. The 'generating' step is just organizing the information through mathematical correlation." *See* Office Action at 5, 6 (emphases in original). Claims 9 and 19 are rejected for similar reasons. *See* Office Action at 10, 11. Particularly in view of the aforementioned amendments of claims 1, 9, and 19, Applicant respectfully disagrees with the Office Action as set forth in the following remarks.

    The USPTO Guidelines for Formulating a Subject Matter Eligibility Rejection and Evaluating the Applicant's Response to a Subject Matter Eligibility Rejection state that an Office Action should "identify the abstract idea as it is recited (i.e., set forth or described) in the claim and explain why it corresponds to a concept that the courts have identified as an abstract idea." Memorandum from Dep. Comm'r for Patents, USPTO (May 4, 2016) ("*Guidelines*"). The Guidelines also state that the "rejection should identify the additional elements in the claim and explain why the elements taken individually and in combination do not amount to a claim as a whole that is significantly more than the exception identified." *Id.*

    Applicant respectfully disagrees with the Office Action's characterization of the claims, and submits that the claims are not directed to an abstract idea, and in any case are significantly more than that described by the Office Action.

    As an initial matter, the § 101 rejection does not take into account all of the features of the amended claims, including, for example, the features of amended claim 1, [a] method implemented in a computing device comprising a physical storage and memory, the method comprising:

        displaying, by the device, a web page in a web browser at least in part by displaying web page text;
        receiving, by the device, a search term via a search field of the web browser while the web browser is displaying the web page;
        determining, by the device, that the search term occurs at least once within the web page text of the displayed web page;
        generating, by the device, in response to the determination, a first search query option and a second search query option based on the search term, wherein the first search query option comprises performing a web search of the search

Page 8 of 17

Application No. 15/490,841

> term and the second search query option comprises performing a search of the search term within the web page text of the displayed web page without performing the web search;
>
> displaying, by the device, the first and second search query options in association with the search field of the web browser;
>
> receiving, by the device, a selection of the second search query option; and
>
> providing for display, by the device, based on the selection of the second search query option, a notification of at least one occurrence of the search term within the web page text of the displayed web page.

As such, Applicant respectfully submits that the independent claims and the dependent claims dependent therefrom relate to more than just an abstract idea. The claims recite more than "(i) uninstantiated concepts, plans, or schemes and (ii) mental processes that can be performed in the human mind or by a human using a pen and paper." Applicant's claims do not recite a basic concept that is similar to any abstract idea previously identified by the courts. For example, the claims do not recite any mathematical concept or a mental process such as comparing or categorizing information that can be performed in the human mind, or by a human using a pen and paper.

Further, per the April 19, 2018 USPTO Memo entitled "Changes in Examination Procedure Pertaining to Subject Matter Eligibility" ("*Birkheimer Memo*"), "[i]n a step 2B analysis, an additional element (or combination of elements) is not well-understood, routine or conventional unless the Examiner finds, and expressly supports a rejection in writing" with at least one of three enumerated citations, or by taking Official Notice. *Birkheimer Memo* at 3-4.

The Office Action asserts that various additional features of the claims do not amount to significantly more, and that such features "are recited at a high level of generality as performing extra-solution activity." *See* Office Action at 5-11. However, the Office Action does not support these assertions with any of the citations enumerated in the *Birkheimer Memo*, nor by taking Official Notice. Accordingly, at least these additional claim features are therefore considered to be "not well-understood, routine or conventional." *Birkheimer Memo* at 3. For at least these reasons, the additional claim features *do* amount to significantly more than the alleged judicial exception, and therefore the Examiner has not established a prima facie rejection under 35 USC § 101.

Page 9 of 17

Application No. 15/490,841

> Nonetheless, for the sake of expedited prosecution, should any subsequent Office Action establish a prima facie rejection under 35 USC § 101, any such rejection would be improper as the subject claims are clearly patent eligible for the additional reasons set forth below.
>
> USPTO subject matter eligibility guidance identifies "[l]imitations that the courts have found to qualify as 'significantly more' when recited in a claim with a judicial exception" as including "[i]mprovements to the functioning of the computer, e.g., a modification of conventional Internet hyperlink protocol to dynamically produce a dual-source hybrid webpage, as discussed in *DDR Holdings*," "[i]mprovements to any other technology or technical field, e.g., a modification of conventional rubber-molding processes to utilize a thermocouple inside the mold to constantly monitor the temperature and thus reduce under- and over-curing problems common in the art, as discussed in *Diamond v. Diehr*," and "adding unconventional steps that confine the claim to a particular useful application, e.g., a non-conventional and non-generic arrangement of various computer components for filtering Internet content, as discussed in *BASCOM Global Internet v. AT&T Mobility LLC*." *See e.g., MPEP* §2106.05(I)(A).
>
> Furthermore, as outlined in the USPTO's May 19, 2016 Memorandum on Recent Subject Matter Eligibility Decisions ("*Enfish Memo*"), "[t]o make the determination of whether these claims are directed to an improvement in existing computer technology, the court looked to the teachings of the specification." *Enfish Memo* at 2. Further in this regard, the USPTO's November 2, 2016 Memorandum on Recent Subject Matter Eligibility Decisions ("*McRo Memo*") states that "[a]n indication that a claim is directed to an improvement in computer-related technology may include...a teaching in the specification about how the claimed invention improves a computer or other technology." *McRo Memo* at 2.
>
> As discussed during the interview, the features of claim 1 comprise part of the claimed solution to the technical problem. They are more than merely "extra-solution activity." Recited additional features of amended claim 1 include: "displaying, by the device, a web page in a web browser at least in part by displaying web page text;" "receiving, by the device, a search term via a search field of the web browser while the web browser is displaying the web page;" "determining, by the device, that the search term occurs at least once within the web page text of the displayed web page;" "generating, by the device, in response to the determination, a first search query option and a second search query option based on the search term, wherein the first search query option comprises performing a web search of the search term and the second search

Page 10 of 17

Application No. 15/490,841

query option comprises performing a search of the search term within the web page text of the displayed web page without performing the web search;" "displaying, by the device, the first and second search query options in association with the search field of the web browser;" "receiving, by the device, a selection of the second search query option; and" "providing for display, by the device, based on the selection of the second search query option, a notification of at least one occurrence of the search term within the web page text of the displayed web page." Applicant submits that the additional features of amended claim 1 recite "significantly more" by at least including improvements to the functioning of the computer, as is clearly described in the Specification. *See*, *e.g.*, *Enfish Memo* at 2 and *McRo Memo* at 2.

For example, as disclosed in paragraph [0017] of the Specification, "conventional browsers fail to provide users with a quick and easy way to perform searches for terms located within a web page itself. Further, many users are unaware of the find in page search capability of web browsers, particularly with respect to mobile browsers. This primarily may be due to the fact that such a feature typically is not presented in the browser in a way that would make it apparent to users." *See also* paragraph [0018], discussing that "unlike desktop browsers, users of mobile browsers cannot take advantage of any keyboard accelerators or shortcuts to quickly find search terms located within the data of a web page using a mobile browser. Moreover, such functionality is typically hidden behind several menus of the mobile browser."

In view of the above, the additional features of "displaying… a web page in a web browser at least in part by displaying web page text;" "receiving… a search term via a search field of the web browser while the web browser is displaying the web page;" "determining… that the search term occurs at least once within the web page text of the displayed web page;" "generating… in response to the determination, a first search query option and a second search query option based on the search term, wherein the first search query option comprises performing a web search of the search term and the second search query option comprises performing a search of the search term within the web page text of the displayed web page without performing the web search" may be viewed as providing an improvement to the function of the computer by "provid[ing] users with a quick and easy way to perform searches for terms located within a web page itself." The computer specifically utilizes the received search term to determine a first search query option and a second query option, which facilitates "displaying… the first and second search query options in association with the search field of the web

Application No. 15/490,841

browser;" "receiving… a selection of the second search query option; and" "providing for display… a notification of at least one occurrence of the search term within the web page text of the displayed web page." *See*, e.g., *Enfish Memo* at 2 and *McRo Memo* at 2. Thus, the claimed features provide something more than simply "organizing or analyzing information in a way that can be performed mentally" or "extra-solution activity" as asserted in the Office Action. *See* Office Action at 5-11.

Furthermore, the claims recite meaningful limitations that add "significantly more" because they solve an Internet-centric problem with a claimed solution that is necessarily rooted in computer technology, similar to the additional elements in *DDR Holdings*. Like the improved systems claimed in *DDR Holdings*, the pending claims "recite a specific improvement over prior systems, resulting in an improved user interface for electronic devices." These limitations, when the limitations of the present claims are properly considered in a reasoned analysis in the manner required, provide unconventional steps that confine the abstract idea to a particular useful application. It is readily apparent that the various elements, and combinations of such elements, amount to significantly more than an "abstract idea" alleged in the present rejection. Therefore, the claim recites patent eligible subject matter.

Accordingly, for at least the above reasons, Applicant submits that claim 1 recites statutory subject matter under 35 U.S.C. § 101. For at least similar reasons, Applicant also submits that amended independent claims 9 and 19 also recite statutory subject matter under 35 U.S.C. § 101. Reconsideration and withdrawal of the rejections under 35 U.S.C. § 101 are respectfully requested.

### *Claim Rejections – 35 U.S.C. § 102*

Claims 1-20 are rejected under pre-AIA 35 U.S.C. 102(e) over U.S. Publication No. 2011/0072033 ("White"). These rejections are respectfully traversed, and reconsideration and withdrawal of these rejections are respectfully requested.

Independent Claim 1

Amended independent claim 1 recites:

    displaying, by the device, a web page in a web browser at least in part by displaying web page text;

Application No. 15/490,841

>receiving, by the device, a search term via a search field of the web browser while the web browser is displaying the web page;
>determining, by the device, that the search term occurs at least once within the web page text of the displayed web page;
>generating, by the device, in response to the determination, a first search query option and a second search query option based on the search term, wherein the first search query option comprises performing a web search of the search term and the second search query option comprises performing a search of the search term within the web page text of the displayed web page without performing the web search;
>displaying, by the device, the first and second search query options in association with the search field of the web browser;
>receiving, by the device, a selection of the second search query option; and
>providing for display, by the device, based on the selection of the second search query option, a notification of at least one occurrence of the search term within the web page text of the displayed web page.

The cited portions of the applied reference is not understood to disclose or teach each and every feature of independent claim 1, particularly with respect to at least the features of "determining, by the device, that the search term occurs at least once within the web page text of the displayed web page; generating, by the device, in response to the determination, a first search query option and a second search query option based on the search term, wherein the first search query option comprises performing a web search of the search term and the second search query option comprises performing a search of the search term within the web page text of the displayed web page without performing the web search; displaying, by the device, the first and second search query options in association with the search field of the web browser."

As agreed to by the Examiner during the telephonic interview, Applicant respectfully submits that the cited portions and proposed combination of the applied references do not teach or suggest at least these claimed features, or "receiving, by the device, a selection of the second search query option; and providing for display, by the device, based on the selection of the second search query option, a notification of at least one occurrence of the search term within the web page text of the displayed web page."

The Office Action contends White teaches the previously claimed features. Applicant respectfully disagrees. White discloses "the presenting of suggested queries for web pages that are not search engine results pages, based upon the URL and/or content of a currently displayed page," *See* White Abstract. However, White does not teach "generating, by the device, in

Application No. 15/490,841

response to the determination, a first search query option and a second search query option based on the search term, wherein the first search query option comprises performing a web search of the search term and the second search query option comprises performing a search of the search term within the web page text of the displayed web page without performing the web search; displaying, by the device, the first and second search query options in association with the search field of the web browser."

Accordingly, the cited portions of the applied reference is not understood to disclose or teach each and every feature of independent claim 1, which is believed to be in condition for allowance. Reconsideration and withdrawal of the rejection of independent claim 1 is respectfully requested.

Independent Claim 11

Amended independent claim 11 recites, in part:

> one or more processors; and
> a machine-readable medium comprising instructions stored therein, which when executed by the processors, cause the processors to perform operations comprising:
>> displaying a web page in a web browser, the web page including web page text;
>> acquiring a search term via a search field of the web browser while the web browser is displaying the web page;
>> determining that the search term occurs at least once within the web page text of the displayed web page;
>> generating, in response to the determination, a first search query option and a second search query option based on the acquired search term;
>> displaying the first and second search query options, wherein the first search query option comprises an option to perform a web search of the search term and the second search query option comprises an option to perform a search of the search term within the web page text of the displayed web page without performing the web search; and
>> providing for display, in response to receiving a selection of the second search query option, a notification of at least one occurrence of the search term within the web page text.

Applicant respectfully submits that the cited portions of the applied reference is not understood to disclose or teach each and every feature of independent claim 11, particularly with regard to the features of "displaying the first and second search query options, wherein the first

Page 14 of 17

Application No. 15/490,841

search query option comprises an option to perform a web search of the search term and the second search query option comprises an option to perform a search of the search term within the web page text of the displayed web page without performing the web search; and providing for display, in response to receiving a selection of the second search query option, a notification of at least one occurrence of the search term within the web page text.." Accordingly, it is respectfully submitted that independent claim 11 is in condition for allowance.

<u>Independent Claim 19</u>

Amended independent claim 19 recites, in part:

> displaying a web page in a web browser, at least in part by displaying web page text;
> acquiring a search term via a search field of the web browser while the web browser is displaying the web page;
> determining that the search term occurs at least once within the web page text of the displayed web page;
> displaying, responsive to the determination, a first search query option in association with the search field of the web browser, wherein the first search query option is an option for performing a search of the search term within the web page text of the displayed web page without performing a web search;
> performing a search for additional web page data related to at least a portion of the search term;
> displaying additional search query options based on results of the performed search, the additional search query options being displayed in association with the search field of the web browser; and
> providing for display, in response to receiving a search query option selection, a notification of at least one occurrence of the search term within the web page text.

Applicant respectfully submits that the cited portions of the applied reference is not understood to disclose or teach each and every feature of independent claim 19, particularly with regard to the features of "determining that the search term occurs at least once within the web page text of the displayed web page; displaying, responsive to the determination, a first search query option in association with the search field of the web browser, wherein the first search query option is an option for performing a search of the search term within the web page text of the displayed web page without performing a web search; performing a search for additional web page data related to at least a portion of the search term; displaying additional search query options based on results of the performed search, the additional search query options being

Page 15 of 17

Application No. 15/490,841

displayed in association with the search field of the web browser." Accordingly, it is respectfully submitted that independent claim 19 is in condition for allowance.

<u>Dependent claims</u>

The other claims currently under consideration in the application are dependent from their respective independent claims discussed above and therefore are believed to be allowable for at least similar reasons. Because each dependent claim is deemed to define an additional aspect of the invention, the individual consideration of each on its own merits is respectfully requested. Reconsideration and withdrawal of the rejections of the dependent claims are respectfully requested.

## **CONCLUSION**

Applicant respectfully submits that the entire application is in condition for allowance, and such action is respectfully requested at the Examiner's earliest convenience. Should the Examiner have any questions, please call the undersigned at the phone number listed below so that any such questions may be promptly resolved.

Any remarks in support of patentability of one claim should not be imputed to any other claim, even if similar terminology is used. Any language or remarks referring to only a portion of a claim should not necessarily be understood to base patentability on solely that portion; rather, patentability rests on each claim taken as a whole.

Applicant respectfully submits that to the extent any disclaimers or statements were made previously during prosecution with respect to the scope of the claimed invention, such disclaimers and statements are hereby rescinded.

Applicant respectfully reserves the right to traverse any of the rejections, assertions and submissions made in connection with the application, even if not discussed herein, including the right to challenge later whether any of the cited references is prior art. The absence of a reply to a specific rejection, issue, or comment does not signify agreement with or concession of that rejection, issue, or comment. In addition, because any arguments made may not be exhaustive, there may be other reasons that have not been expressed for patentability of any or all claims. When amendments are made to any claims, no acquiescence or estoppel is implied thereby; such amendments are made only to expedite prosecution of the present application and are without

Application No. 15/490,841

prejudice to the presentation or assertion, in the future, of claims directed to subject matter that is same as or similar to that previously presented. Nothing in this paper should be construed as an intent to concede, or actual concession of, any issue with regard to any claim, or to any cited art, except as specifically stated in this paper, and the amendment or cancellation of any claim does not necessarily signify concession of unpatentability of the claim prior to its amendment or cancellation.

      To the extent necessary, a petition for an extension of time under 37 C.F.R. 1.136 is hereby made. Please charge any shortage in fees due in connection with the filing of this paper, including extension of time fees, to Deposit Account 502624 and please credit any excess fees to such deposit account.

      Respectfully submitted,
McDERMOTT WILL & EMERY LLP

/Mark J. Itri/
Mark J. Itri, Reg. # 36,171

**Please recognize our Customer No. 10996 as our correspondence address.**

4 Park Plaza, Suite 1700
Irvine, CA  92614-2559
Phone:  949.851.0633  JZ:lmt
Facsimile:  949.851.9348
Date:  June 20, 2018

# Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 32952126 |
| Application Number: | 15490841 |
| International Application Number: | |
| Confirmation Number: | 4124 |
| Title of Invention: | ACCELERATING FIND IN PAGE QUERIES WITHIN A WEB BROWSER |
| First Named Inventor/Applicant Name: | Theodore Nicholas CHOC |
| Customer Number: | 10996 |
| Filer: | Mark John Itri/Lori Tillman |
| Filer Authorized By: | Mark John Itri |
| Attorney Docket Number: | 096553-1015 |
| Receipt Date: | 20-JUN-2018 |
| Filing Date: | 18-APR-2017 |
| Time Stamp: | 19:11:50 |
| Application Type: | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 096553-1015_Amendment.pdf | 179164<br>1befcbab4e380e571cbcf1424bfe86f852d2ce64 | yes | 17 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 6 |
| Applicant Arguments/Remarks Made in an Amendment | 7 | 17 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 179164 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.