# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCUSEARCH TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF ACCUSEARCH TECHNOLOGIES LLC FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff AccuSearch Technologies LLC ("AccuSearch") hereby certifies that: (i) Bergen Innovations LLC is the parent corporation of AccuSearch and (ii) no publicly held corporation owns 10% or more of its stock.

*Of Counsel:*

Ronald M. Daignault (*pro hac vice* to be filed)
Chandran B. Iyer (*pro hac vice* to be filed)
Oded Burger (*pro hac vice* to be filed)
Steve Reynolds (*pro hac vice* to be filed)
Lisa Phillips (*pro hac vice* to be filed)
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, VA 22182
(908) 723-0981
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
oburger@daignaultiyer.com
sreynolds@daignaultiyer.com
lphillips@daignaultiyer.com

Dated: April 29, 2025

ASHBY & GEDDES

*/s/ Brian A. Biggs*

Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

*Attorneys for Plaintiff*
*AccuSearch Technologies LLC*