IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCUSEARCH TECHNOLOGIES LLC,              )<br>                                                                      )<br>                     Plaintiff,                               )<br>                                                                      )   C.A. No.<br>              v.                                                  )<br>                                                                      )<br>GOOGLE LLC,                                             )<br>                                                                      )<br>                     Defendant.                           ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ronald M. Daignault, Chandran B. Iyer, Oded Burger, Steven J. Reynolds, and Lisa Phillips to represent the plaintiff in this matter. Pursuant to this Court's Standing Order effective January 1, 2024, the fees for the above-listed attorneys will be submitted upon the filing of this motion.

ASHBY & GEDDES

*/s/ Brian A. Biggs*

_____
Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

*Attorneys for Plaintiff*
*AccuSearch Technologies LLC*

Dated: April 29, 2025