IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACCUSEARCH TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This _____ day of _____, 2025, the Court having considered the motion for the admission *pro hac vice* of Ronald M. Daignault, Chandran B. Iyer, Oded Burger, Steven J. Reynolds, and Lisa Phillips to represent the plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge